No. 95–9296. WORD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–9297. REYNOLDS v. TELE-COMMUNICATIONS, INC. C. A. 10th Cir. Certiorari denied.

No. 95–9298. WEAVER v. WILLIAMS ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–9299. BARNETT v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–9300. GARNETT v. SOBOL, COMMISSIONER, NEW YORK STATE DEPARTMENT OF EDUCATION. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 95–9301. FULLER v. BOARD OF SELECTMEN FOR THE TOWN OF CANTON ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–9303. LOWE-BEY v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 95–9304. JOHNSON v. ROSEMEYER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENSBURG, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–9305. CANCIL v. FLORIDA DEPARTMENT OF STATE, DIVISION OF LICENSING. Sup. Ct. Fla. Certiorari denied.

No. 95–9306. McKINNEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–9307. JONES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–9309. KOYNOK v. ESTATE OF KOYNOK ET AL. Super. Ct. Pa. Certiorari denied.

No. 95–9310. LEWIS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.